**Motions Granted; Memorandum Opinion filed November 22, 2016, Withdrawn; Appeal Reinstated, and Order filed December 22, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00743-CV
_____

## GEORGE JOSEPH ASSETS, LLC, AND THE ACKEL HEIRS (GEORGE ACKEL, III, ADAM A. ACKEL, ALANA ACKEL TALLO AND ALEXANDER ACKEL)., Appellants

## V.

## JERILYN LEA CHENEVERT, F/K/A JERILYN LEA ACKEL AND J CHENEVERT PROPERTIES, LLC, Appellees

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-06084

## ORDER

This court issued an opinion dismissing this appeal on November 22, 2016, for failure to pay the filing fee. The same day, appellants paid the fee and filed a motion for rehearing, which we construe as a motion to reinstate. The motion is **GRANTED**.

Appellants have filed two notices of appeal. The first notice of appeal, filed September 19, 2016, was premature because it concerned a judgment that was not signed and therefore not appealable. *See* Tex. R. App. P. 26.1(a) (notice of appeal must be filed within 30 days after judgment is signed). The trial court signed the judgment on September 20, 2016. "In a civil case, a prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal." Tex. R. App. P. 27.1(a). Accordingly, appellant's first notice of appeal was effective and deemed filed on September 20, 2016. *See id.* Appellants filed a second notice of appeal on October 10, 2016, concerning the signed judgment. The second notice of appeal was docketed into the existing appeal and did not create a separate appeal. Only one appellate proceeding is pending.

This court's opinion filed November 22, 2016, is **WITHDRAWN**, and our judgment of that date is **VACATED**. The appeal is ordered **REINSTATED**.

Appellants' brief is due **January 23, 2016**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.